IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. 3:26-cr-19 |
| CARLY ANNE TUFTE | Violation: 18 U.S.C. §§ 1029 and 1344 |

**The Scheme**

CARLY ANNE TUFTE was an adult resident of West Fargo, North Dakota, who was hired by Faith Journey Lutheran Church ("FJLC") in 2018 as an office administrative assistant. FJLC is located in West Fargo, North Dakota. In 2019, CARLY ANNE TUFTE was promoted to business manager. CARLY ANNE TUFTE stayed in the business manager position until December 13, 2024, when she abruptly quit two days after being informed that the new church pastor intended to review the books. CARLY ANNE TUFTE's salary was approximately $53,000 per year when she resigned.

CARLY ANNE TUFTE was responsible for reporting FJLC's financial status to the church counsel on a regular basis. CARLY ANNE TUFTE also tracked church offerings using accounting software tailored to churches. Not only was she responsible for tracking the weekly offering, but CARLY ANNE TUFTE was also responsible for counting the weekly offering. CARLY ANNE TUFTE was also the only person with access to the financial side of the accounting program. In her role as business manager, CARLY ANNE TUFTE had access to all of the FJLC bank accounts.

CARLY ANNE TUFTE opened a credit card in approximately April 2019 through First National Bank of Omaha. The card, ending in 3446, was in the name of "Carly

Tufte," as well as of "Faith Lutheran Church."  CARLY ANNE TUFTE opened the card without authorization, and the statements were sent to CARLY ANNE TUFTE'S residence instead of the church.  In total, between Apil 2019 and December 2024, CARLY ANNE TUFTE charged nearly $640,000 of expenses, interest, and fees to the credit card, with the vast majority for non-church purchases such as vacation travel and clothing.  Beginning as early as June 2019, and ending December 18, 2025, CARLY ANNE TUFTE made unauthorized payments from FJLC's General Fund account at Gate City Bank, ending in 8246, to pay the credit card balances.  CARLY ANNE TUFTE used a debit card connected to the Gate City Bank account to make the payments.  In total, CARLY ANNE TUFTE used approximately $600,000 from the FJLC account to pay her credit card expenses.  The same debit card used to pay the credit card was also used to pay rent at CARLY ANNE TUFTE's personal residence.

In order to conceal her embezzlement, CARLY ANNE TUFTE avoided providing bank statements to the church treasurer, who was a certified public accountant.  CARLY ANNE TUFTE provided various reasons to refuse to provide the documents.  In addition, CARLY ANNE TUFTE made false journal entries to make it appear the church had higher expenses that resulted in the lower bank balances.  Lastly, although CARLY ANNE TUFTE resigned on December 13, 2024, she did not return her work computer until December 18, 2024;

FJLC discovered the existence of the First National Bank of Omaha credit card in January 2025 after CARLY ANNE TUFTE resigned and cancelled the card on January 28, 2025.

## COUNT ONE
**Bank Fraud**

The Grand Jury Charges:

On or about June 12, 2019, in the District of North Dakota, the Defendant,

## CARLY ANNE TUFTE

did knowingly execute and attempt to execute the above-described scheme or artifice to defraud Gate City Bank, and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Gate City Bank, whose deposits were and are insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses, representations, or promises, to wit: the Defendant, CARLY ANNE TUFTE, incurred personal expenses on a credit card opened in the names of Carly Tufte and Faith Lutheran Church, and paid the same personal credit card expenses using an FJLC Gate City Bank account, under the fraudulent pretense that the expenses were incurred by FJLC and the payments were authorized by FJLC, each payment representing a separate execution of the scheme, to wit: CARLY ANNE TUFTE made an unauthorized payment to the credit card ending 3446 in the amount of $1,500 from an FJLC Gate City Bank account ending in 8246;

In violation of Title 18, United States Code, Section 1344.

## COUNT TWO

## Bank Fraud

The Grand Jury Further Charges:

On or about March 23, 2022, in the District of North Dakota, the Defendant,

## CARLY ANNE TUFTE

did knowingly execute and attempt to execute the above-described scheme or artifice to defraud Gate City Bank, and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Gate City Bank, whose deposits were and are insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses, representations, or promises, to wit: the Defendant, CARLY ANNE TUFTE, incurred personal expenses on a credit card opened in the names of "Carly Tufte" and "Faith Lutheran Church" and paid the same personal credit card expenses using a FJLC Gate City Bank account, under the fraudulent pretense that the expenses were incurred by FJLC and the payments were authorized by FJLC, each payment representing a separate execution of the scheme, to wit: CARLY ANNE TUFTE made an unauthorized payment to the credit card ending 3446 in the amount of $3,589.63 from an FJLC Gate City Bank account ending in 8246;

In violation of Title 18, United States Code, Section 1344.

## COUNT THREE

### Bank Fraud

The Grand Jury Further Charges:

On or about November 22, 2023, in the District of North Dakota, the Defendant,

## CARLY ANNE TUFTE

did knowingly execute and attempt to execute the above-described scheme or artifice to defraud Gate City Bank, and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Gate City Bank, whose deposits were and are insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses, representations, or promises, to wit: the Defendant, CARLY ANNE TUFTE, incurred personal expenses on a credit card opened in the names "Carly Tufte" and "Faith Lutheran Church," and paid the same personal credit card expenses using a FJLC Gate City Bank account, under the fraudulent pretense that the expenses were incurred by FJLC and the payments were authorized by FJLC, each payment representing a separate execution of the scheme, to wit: CARLY ANNE TUFTE made an unauthorized payment to the credit card ending 3446 in the amount of $3,084.25 from an FJLC Gate City Bank account ending in 8246;

In violation of Title 18, United States Code, Section 1344.

## COUNT FOUR

### Bank Fraud

The Grand Jury Further Charges:

On or about February 2, 2024, in the District of North Dakota, the Defendant,

## CARLY ANNE TUFTE

did knowingly execute and attempt to execute the above-described scheme or artifice to defraud Gate City Bank, and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Gate City Bank, whose deposits were and are insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses, representations, or promises, to wit: the Defendant, CARLY ANNE TUFTE, incurred personal expenses on a credit card opened in the names of "Carly Tufte" and "Faith Lutheran Church," and paid the same personal credit card expenses using a FJLC Gate City Bank account, under the fraudulent pretense that the expenses were incurred by FJLC and the payments were authorized by FJLC, each payment representing a separate execution of the scheme, to wit: CARLY ANNE TUFTE made an unauthorized payment to credit card ending 3446 in the amount of $3,975.18 from an FJLC Gate City Bank account ending in 8246;

In violation of Title 18, United States Code, Section 1344.

## COUNT FIVE

### Bank Fraud

The Grand Jury Further Charges:

On or about August 29, 2024, in the District of North Dakota, the Defendant,

### CARLY ANNE TUFTE

did knowingly execute and attempt to execute the above-described scheme or artifice to defraud Gate City Bank, and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Gate City Bank, whose deposits were and are insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses, representations, or promises, to wit: the Defendant, CARLY ANNE TUFTE, incurred personal expenses on a credit card opened in the names of "Carly Tufte" and "Faith Lutheran Church,", and paid the same personal credit card expenses using a FJLC Gate City Bank account, under the fraudulent pretense that the expenses were incurred by FJLC and the payments were authorized by FJLC, each payment representing a separate execution of the scheme, to wit: CARLY ANNE TUFTE made an unauthorized payment to credit card ending 3446 in the amount of $3,247.08 from an FJLC Gate City Bank account ending in 8246;

In violation of Title 18, United States Code, Section 1344.

COUNT SIX

**Access Device Fraud**

The Grand Jury Further Charges:

Between June 1, 2022, and May 31, 2023, the Defendant,

CARLY ANNE TUFTE

did knowingly and with intent to defraud, use an unauthorized access device, to wit: a debit card connected to the FJLC General Fund Gate City Bank account, to pay the monthly rent for her residence, and by such conduct obtained from, executed and attempted to execute the above-described scheme or artifice to defraud Gate City Bank, and to obtain any of the moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Gate City Bank, whose deposits were and are insured by the Federal Deposit Insurance Corporation, by means of false or fraudulent pretenses, representations, or promises, to wit: the Defendant, CARLY ANNE TUFTE, used a debit card connected to FJLC Gate City Bank account ending in 8246 to pay her personal rent expenses for the months of June 2022, November 2022, December 2022, and January 2023 through April 2023, the aggregate value of which is equal to or greater than $1,000;

In violation of Title 18, United States Code, Section 1029.

FORFEITURE NOTICE

Upon conviction of one or more of the offenses charged in this Indictment,

CARLY ANNE TUFTE

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461(c), all right, title, and interest in any property, real or personal, which constitutes or is derived from proceeds traceable to violation(s) of 18 U.S.C. § 1344.

If any of the assets subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, as a result of any act or omission of CARLY ANNE TUFTE:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of defendant's up to the value of said property subject to forfeiture.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney

MDG/alk