AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Carly Anne Tufte<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  3:26-cr-19 |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Carly Anne TUFTE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud (5 counts)
Access Device Fraud
Forfeiture Notice

Date:  01/28/2026

/s/Sarah Lien
*Issuing officer's signature*

City and state:  Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  1/28/26 , and the person was arrested on *(date)*  2/4/26
at *(city and state)*  Fargo, ND .

Date:  2/4/26

*Arresting officer's signature*

Chad Timura  Special Agent
*Printed name and title*