UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Carly Anne Tufte,<br><br>Defendant. | Criminal No.:  3:26-cr-19 |

## MOTION FOR LEAVE TO WITHDRAW FROM REPRESENTATION

[¶1]   **COMES NOW**, attorney Tatum O'Brien of the law firm O'Keeffe O'Brien Lyson Ltd. of Fargo, North Dakota, hereby requests leave from this Court to withdraw her appearance as the attorney of record for the Defendant, Carly Anne Tufte, in the above-captioned matter, on the following ground:

[¶2]   Defendant, Carly Anne Tufte, retained the undersigned for pre-indictment representation. The arrangements between the Defendant and the undersigned do not cover representation after indictment. The undersigned has discussed this with the Defendant, and the Defendant has elected to apply for a public defender in lieu of retaining the undersigned. The Defendant plans to submit an application for a public defender in the near future.

[¶3]   **WHEREFORE,** Tatum O'Brien does request from this Court leave to withdraw her appearance as the attorney of record for the Defendant, Carly Anne Tufte, in the above-captioned matter.

1

Dated this 11th day of February, 2026.

O'KEEFFE O'BRIEN LYSON LTD.

/s/ *Tatum O'Brien*

TATUM O'BRIEN (ND ID No. 05985)
720 Main Avenue
Fargo, ND 58103
Phone: (701) 235-8000
Fax: (701) 235-8023
tatum@okeeffeattorneys.com

2