UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CARLY ANNE TUFTE,<br><br>Defendant. | Cr. No. 3:26-cr-19<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL** |

Comes now Carly Anne Tufte, by and through her attorney, Assistant Federal Public Defender Christopher P. Bellmore, and moves the Court for its Order extending the trial setting of April 14, 2026, as well as all related pretrial deadlines.

As grounds, Defendant states:

1.      Defendant made her initial appearance and was arraigned on February 4, 2026, on an Indictment, charging the Defendant with 5 counts of Bank Fraud, and Access Device Fraud, in violation of 18 U.S.C. §§ 1344 and 1029.

2.      The Court entered its Criminal Pretrial Order and Jury Trial Notice on February 6, 2026, setting the jury trial for April 14, 2026.

3.      Defendant received discovery from the government on February 24, 2026.

4.      Defense counsel needs additional time to properly investigate this matter and prepare for trial. Additional investigative work, based on a review of the discovery material, is necessary before defense counsel can competently advise the Defendant if a plea agreement or trial is in her best interests.

5.    Defense counsel has advised the Defendant of this motion, its purpose, and constitutional and statutory right to a speedy trial, pursuant to 18 U.S.C. § 3161 et seq. Defendant said she would consent to a continuance and has executed a written consent form, which is being filed contemporaneously with this motion.

6.    Defendant is currently on pretrial release and is residing in York, North Dakota.

7.    The Government, through Assistant United States Attorney Matthew Greenley, does not object to this motion.

8.    The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant Carly Anne Tufte, requests that the Court continue the trial setting to a time past April 14, 2026, and further, that all related pretrial deadlines be continued.

Dated this 25th day of March, 2026.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:


_/s/   Christopher P. Bellmore_
Christopher P. Bellmore
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile:  701-239-5098
filinguser_SDND@fd.org

3